RECEIVED
MAY 12 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | DOCKET NO.: 6:10-cr-00225 |
| VERSUS | * | |
| | * | JUDGE PATRICIA MINALDI |
| KORRYON DASHAWN CARTER | * | MAGISTRATE JUDGE PATRICK J. HANNA |

## MEMORANDUM ORDER

Presently before the court is Korryon Dashawn Carter's Motion to Reduce Sentence under 18 U.S.C. § 3582(c)(2) (Rec. Doc. 113). For the following reasons, the motion will be **DENIED**.

On November 1, 2011, Carter was sentenced to 60 months of imprisonment for possessing with the intent distribute crack-cocaine in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and carrying a firearm during and in relation to a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1). The court later reduced his sentence to 48 months of imprisonment under 18 U.S.C. § 3582(c)(2) because Amendment 782 of the Sentencing Guidelines lowered the base level offense by two-points and the amendment was made retroactive.[1] The defendant now argues his sentence should be reduced because the court relied on a Sentencing Guidelines Manual from 2010 that did not have Amendment 742 of the Guidelines attached. Amendment 742 was made effective on November 1, 2010, and it abolished "recency points" that had been imposed under U.S.S.G. § 4A1.1. See United States Sentencing Commission, GUIDELINES MANUAL, 2010.

The defendant appears to argue that this was a procedural error that affected his criminal history and sentence length. However, the defendant's total offense level and criminal history score as calculated in the presentence report does not include any "recency points" under §4A1.1.

---

[1] Order Regarding Motion for Sentence Reduction (Rec. Doc. 112).

1

Therefore, whether the changes to §4A1.1 were attached to the Guidelines Manual used by the court would not have impacted the length of his sentence. Accordingly,

**IT IS ORDERED** that Carter's Motion to Reduce Sentence (Rec. Doc. 113) is hereby **DENIED.**

**SIGNED** at Alexandria, Louisiana, this 12th day of May, 2017.

**DEE D. DRELL, CHIEF JUDGE**
**UNITED STATES DISTRICT JUDGE**